**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6371**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

       v.

HARVEY LEE HAYES, JR.,

              Defendant - Appellant.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Glen E. Conrad, District
Judge.  (7:06-cr-00002-gec-mfu-1)

Submitted:  June 1, 2010                Decided:  June 9, 2010

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Harvey Lee Hayes, Jr., Appellant Pro Se. Ronald Andrew Bassford,
Assistant United States Attorney, Roanoke, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harvey Lee Hayes, Jr., appeals the district court's order denying his motion to correct an error in his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Hayes</u>, No. 7:06-cr-00002-gec-mfu-1 (W.D. Va. Mar. 5, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>